12691

EARGLE v. EARGLE

(148 S. E., 699)

86

88

*Mr. James S. Verner,* for appellant,

*Mr. C. T. Graydon,* for respondent,

June 28, 1929.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

The Court is entirely satisfied with the decree of his Honor, Judge Mann, and, for the reasons stated by him, the decree is affirmed and made the judgment of this Court.

MR. CHIEF JUSTICE WATTS, and MESSRS. JUSTICES BLEASE, STABLER, and CARTER concur.